No. 65570.—Rohner, Gehrig & Co., Inc. *v.* United States, protests 60/10991 and 60/11338 (New York).

Opinion by LAWRENCE, J. From a review of the record in these cases, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protests were, therefore, overruled.

BEFORE THE FIRST DIVISION, MAY 4, 1961

No. 65571.—Selected Designs, Inc., et al. *v.* United States, protests 59/17948, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiffs was sustained.

No. 65572.—American Bitumuls & Asphalt Company *v.* United States, protests 326400–K(B), etc. (Mobile).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

No. 65573.—American Bitumuls & Asphalt Co. et al. *v.* United States, protests 58/7670, etc. (Baltimore).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiffs was sustained.

No. 65574.—American Bitumuls & Asphalt Co. *v.* United States, protest 59/15812 (Wilmington).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.